UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Billy May<br>3546 Pirllaman Switch Rd<br>Ferrum, VA 24088<br><br>      Plaintiff,<br><br>v.<br><br>GC Services LP<br>150 N Martingale Rd Suite 838<br>Schaumburg, IL 60173<br><br>      Defendant. | CASE NO.: FILED: APRIL 8, 2008<br>        08CV1980    TG<br>JUDGE: JUDGE ANDERSEN<br>      MAGISTRATE JUDGE MASON<br><br>**COMPLAINT FOR DAMAGES<br>UNDER THE FAIR DEBT COLLECTION<br>PRACTICES ACT<br>AND OTHER EQUITABLE RELIEF**<br><br>**JURY DEMAND ENDORSED HEREIN** |

**JURISDICTION AND VENUE**

1. Jurisdiction is founded on 28 U.S.C. §1331 pursuant to the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. §1692. Venue is proper in this district because Defendant resides in this district under 28 U.S.C. § 1391.

**FACTS COMMON TO ALL COUNTS**

2. The Plaintiff is a person who incurred a consumer debt primarily for personal, family or household purposes.

3. Defendant is a corporation doing business primarily as a consumer debt collector.

4. Defendant is a debt collector as defined by the FDCPA, 15 U.S.C. §1692a(6).

5. The Plaintiff is a "consumer" as defined by 15 U.S.C. §1692a(3).

6. The debt in question qualifies as a "debt" as defined by 15 U.S.C. §1692a(5).

7. Defendant is either the holder of the debt or was retained by the current holder to collect the debt.

8. Plaintiff filed this claim within the timeframe permitted under the FDCPA.

9. On or around January 10, 2008, Defendant mailed Plaintiff a collection notice.

10. On or around January 25, 2008, Plaintiff mailed, via certified mail, Defendant a letter disputing the validity of the debt, requesting verification of the debt, and instructing Defendant to cease and desist communications with Plaintiff.

11. Despite Plaintiff's notice and request, Defendant telephoned Plaintiff on several occasions in February 2008 in an effort to collect the debt, without first sending Plaintiff a validation of the debt as requested.

12. Defendant damaged Plaintiff emotionally and mentally and has caused substantial anxiety and stress.

13. Defendant violated the FDCPA.

## COUNT ONE

### Violation of the Fair Debt Collection Practices Act

14. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

15. The Defendant violated 15 U.S.C. §1692f in that its actions were unfair and/or unconscionable means to collect a debt.

## COUNT TWO

### Violation of the Fair Debt Collection Practices Act

16. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

17. The Defendant violated 15 U.S.C. §1692g by attempting to collect the debt without first validating the debt as Plaintiff requested.

## COUNT THREE

### Violation of the Fair Debt Collection Practices Act

18. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

19. The Defendant violated 15 U.S.C. §1692e in that it contacted Plaintiff notwithstanding the fact that the defendant received written cease and desist instructions.

## JURY DEMAND

20. Plaintiff demands a trial by jury.

## PRAYER FOR RELIEF

21. Plaintiff prays for the following relief:

   a. Judgment against Defendant for actual damages, statutory damages pursuant to 15 U.S.C. §1692k and costs, and reasonable attorney's fees pursuant to 15 U.S.C. §1692k.

   b. For such other legal and/or equitable relief as the Court deems appropriate.


RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By:____/s/ Jeffrey S. Hyslip_____
   Jeffrey S. Hyslip
   Attorney for Plaintiff
   20 W. Kinzie Street, Suite 1300
   Chicago, IL 60610
   Telephone: 866-339-1156
   Email: jsh@legalhelpers.com