# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Billy May | Case No. 1:08-cv-01980 |
| Plaintiff, | Judge: Mason |
| v. | |
| GC Services LP | **NOTICE OF SETTLEMENT** |
| Defendant. | |

Plaintiff, by and through counsel, hereby gives Notice that the parties in the above-captioned matter reached a settlement. Plaintiff anticipates filing a Notice of Dismissal with prejudice in the near future.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: */s/ Jeffrey S. Hyslip*
Jeffrey S. Hyslip
The Sears Tower
Suite 5150
Chicago, IL 60606
Telephone: 1.866.339.1156
jsh@legalhelpers.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that, on June 17, 2008, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following parties were served via ordinary U.S. mail, properly addressed as follows:

GC Services LP
150 N Martingale Rd Suite 838
Schaumburg, IL 60173

                                            */s/ Jeffrey S. Hyslip*